Wladyslaw Juchniewicz and Katarzyna Juchniewicz, appellees, v. Erwin E. Cowen et al., appellants.　Gen. No. 30,875.

Action upon judgment note.　Order denying motion to vacate judgment for plaintiffs.　Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding.　Heard in the second

division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926.

Delavan B. Cole, for appellants. Thaddeus F. Kuflewski and Cooney & Verhoeven, for appellees.

Mr. Justice Fitch delivered the opinion of the court.